USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/28/16

# Debevoise & Plimpton

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

Helen V. Cantwell
Partner
hcantwell@debevoise.com
+1 212 909 6312

RECEIVED JAN 26 2016 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

January 25, 2016

BY CERTIFIED MAIL

Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**United States v. Barnes, et al., 15-cr-288 (S.D.N.Y.)**

Dear Judge Berman:

I was appointed as CJA counsel to Jermaine Mitchell, the defendant in the above-captioned case, on December 16, 2015. My colleague Elizabeth Nielsen, also of Debevoise & Plimpton LLP, has appeared on Mr. Mitchell's behalf as well.

We have been informed that as of January 14, 2016, Mr. Mitchell has retained Lawrence Fisher as private defense counsel to represent him in this case going forward. We therefore request the court's leave to withdraw as counsel of record in this matter, and ask that the Court direct the Clerk to remove our names from the docket.

Thank you very much.

Respectfully submitted,

Helen V. Cantwell

cc: Lawrence Fisher (by email)
    Hagan Scotten (by email)

*Application granted. Clerk is respectfully requested to remove defense counsel Cantwell + Nielsen from the docket.*

SO ORDERED:
Date: 1/28/16
Richard M. Berman
Richard M. Berman, U.S.D.J.